Anthony SMITH, Plaintiff-Appellant,

v.

ABC RENTAL SYSTEMS OF NEW ORLEANS, INC., Defendant-Appellee.

No. 78–3180.

United States Court of Appeals, Fifth Circuit.

June 5, 1980.

Robert Hugh Matthews, Patrick D. Breeden, New Orleans, La., for plaintiff-appellant.

McGlinchey, Stafford, Mintz & Hoffman, David S. Willenzik, Leopold Z. Sher, B. Franklin Martin, III, New Orleans, La., for defendant-appellee.

Before MORGAN, CHARLES CLARK and TATE, Circuit Judges.

PER CURIAM:

The district court correctly held that the transaction which formed the basis of plaintiff-appellant's claim in this action was not covered by the Consumer Leasing Act of 1976 (15 U.S.C. § 1667) and section 226.15 of Regulation Z (12 C.F.R. § 226.15), or the Truth-in-Lending Act (15 U.S.C. § 1601 et seq.) and section 226.8 of Regulation Z (12 C.F.R. § 226.8).

The judgment appealed from is

AFFIRMED.